IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| WILLIAM F. MORRIS, ) </br> ) </br> Plaintiff, ) </br> ) </br> v. ) </br> ) </br> R. JAMES NICHOLSON, SECRETARY, ) </br> DEPARTMENT OF VETERANS ) </br> AFFAIRS, ) </br> ) </br> Defendant. ) | NO. 1:05-0041 </br> JUDGE HAYNES |

## ORDER

In accordance with the Memorandum filed herewith, the Defendant's motion for summary judgment (Docket Entry No. 28) is **GRANTED** and this action is **DISMISSED with prejudice**. Any appeal of this Order would not be in good faith as required by 28 U.S.C. §1915(a)(3).

This is the Final Order in this action.

It is so **ORDERED**.

**ENTERED** this the 26th day of September, 2007.

WILLIAM J. HAYNES, JR.
United States District Court